# IN THE SUPREME COURT OF THE STATE OF NEVADA

WYLMINA E. HETTINGA, AN INDIVIDUAL,
            Appellant,
vs.
ALAN T. NAHOUM, INC., A NEW YORK CORPORATION,
            Respondent.

No. 84351

FILED

APR 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for reconsideration and a countermotion for vexatious litigant determination. Eighth Judicial District Court, Clark County; Timothy C. Williams, Judge.

Pro se appellant Wylmina Hettinga appeals an order denying a motion for reconsideration of default judgments entered against her co-defendants below, Pacific Almaden Investments, LLC and Coastal Benefits, LLC. Review of the documents before this court reveals a jurisdictional defect. Appellant is not aggrieved by the challenged default judgments against Pacific Almaden and Coastal because they do not affect any rights of appellant. *See Valley Bank of Nev. v. Ginsburg*, 110 Nev. 440, 446, 874 P.2d 729, 734 (1994) (defining an aggrieved party as one whose personal or property rights are substantially and adversely affected by a ruling of the district court). Therefore, this court concludes that appellant lacks standing to appeal. *See* NRAP 3A(a); *Valley Bank*, 110 Nev. at 446, 874 P.2d at 734 (this court only has jurisdiction to consider an appeal where it is brought by an aggrieved party). Additionally, an order denying reconsideration is not

SUPREME COURT
OF
NEVADA

(O) 1947A

22-12113

appealable. *See Arnold v. Kip*, 123 Nev. 410, 417, 168 P.3d 1050, 1054 (2007). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Hon. Timothy C. Williams, District Judge
       Wylmina E. Hettinga
       Holley Driggs/Las Vegas
       Eighth District Court Clerk